AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>USDC - EDPA |  |
|---|---|---|---|
| DOCKET NO.<br>13-4578 | DATE FILED<br>8/7/13 | 601 Market St., Rm. 2609, Phila., PA 19106 |  |
| PLAINTIFF<br><br>MALIBU MEDIA, LLC |  | DEFENDANT<br><br>JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 96.245.87.18 |  |

| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OR WORK** |
|---|---|---|---|
| 1    SEE ATTACHED | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT**<br>**REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br><br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br><br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

|  | 1) Upon initiation of action,<br>mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights | 3) Upon termination of action,<br>mail copy to Register of Copyrights |
|---|---|---|---|

**DISTRIBUTION:**

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

**ISP:** Verizon FiOS
**Physical Location:** Southampton, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/03/2013 17:46:45 | FB135289FB3034B07A4D8721535BBF3425A9A814 | Snow White and the Prince |
| 06/03/2013 17:42:47 | C4CC10DBB35322FDA6174F3CC972034A48F498CE | Happy Birthday Capri |
| 06/03/2013 17:39:46 | 7421F82CB244B9C3BF559A9175EBB864144C3C5F | Rolling in the Sheets |
| 01/10/2013 15:05:06 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 01/10/2013 14:31:38 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 10/22/2012 20:58:02 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 09/24/2012 20:16:25 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 09/24/2012 20:00:15 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 09/21/2012 14:06:12 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 09/21/2012 14:01:02 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 09/20/2012 20:46:29 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 08/21/2012 19:36:22 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

EPA173

**ISP:** Verizon FiOS
**Location:** Southampton, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/20/2012 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 06/03/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 09/24/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/10/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 06/03/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 06/03/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/10/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 08/21/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 09/21/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/21/2012 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 09/24/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/22/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 12**

EXHIBIT B

**Expanded Surveillance of IP Address 96.245.87.18**

**ISP:** Verizon FiOS

**Location:** Southampton, PA

| Hit Date UTC | Filename |
|---|---|
| 07/12/2013 | Olympus Has Fallen (2013) |
| 07/12/2013 | Company.of.Heroes.2-RELOADED |
| 07/12/2013 | 42 (2013) |
| 07/12/2013 | White House Down 2013 TS x264-THC |
| 07/12/2013 | Spring Breakers (2012) |
| 07/12/2013 | Superman.Man.of.Steel.2013.720p.R6.LiNE.x264.AAC-DiGiTAL |
| 07/12/2013 | GRID.2_RELOADED |
| 07/12/2013 | Mortal_Kombat_Komplete_Edition_STEAM_RiP-GameWorks |
| 07/12/2013 | World.War.Z.2013.CAM.XviD-THC |
| 07/12/2013 | MotoGP.13-RELOADED |
| 07/12/2013 | The Host (2013) |
| 07/11/2013 | Assault on Wall Street (2013) |
| 07/11/2013 | Evil Dead (2013) |
| 07/11/2013 | G.I. Joe: Retaliation (2013) |
| 07/10/2013 | Fast.And.Furious.6.2013.1080p.WEB-DL.H264-BLUEBIRD [PublicHD] |
| 06/25/2013 | The Call (2013) |
| 06/06/2013 | Al RoboForm Enterprise v7.8.9.5 Incl Crack [TorDigger] |
| 06/05/2013 | Dark Skies (2013) |
| 06/03/2013 | Aiseesoft Blu-ray Player 6.1.18.15110 |
| 06/03/2013 | x-art_capri_kiera_scarlet_chad_jay_happy_birthday_capri_1080.mp4 |
| 06/03/2013 | X-Art - The Young and The Restless - Scarlet [720p].wmv |
| 06/03/2013 | X-Art - Snow White and the Prince - Kiera [720p].mp4 |

EPA173

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 06/03/2013 | X-Art - Truth Or Dare - Lexi Belle, Mia Malkova [1080p].mov |
| 06/03/2013 | x-art_barbie_rolling_in_the_sheets_720.wmv |
| 06/03/2013 | Identity Thief (2013) |
| 06/03/2013 | CollegeRules - College Orgy Car Wash [720p].mp4 |
| 05/29/2013 | The Karate Kid Part 2 (1986) |
| 05/29/2013 | Nothing But Trouble |
| 05/22/2013 | Snitch (2013) |
| 05/20/2013 | Warm.Bodies.2013.720p.WEB-DL.X264-WEBiOS [PublicHD] |
| 05/20/2013 | Hansel and Gretel Witch Hunters (2013) |
| 05/13/2013 | Side Effects (2013) |
| 05/07/2013 | Crysis.3.INTERNAL-RELOADED |
| 05/01/2013 | AI RoboForm Enterprise v7.8.8.5 Incl Crack [TorDigger] |
| 04/30/2013 | Recover Keys Enterprise v7.0.3.84 (x64) ML Incl Crack [TorDigger] |
| 04/30/2013 | Adobe Master Collection CS6 WORKING [ENG]- P2P |
| 04/29/2013 | Safe Haven (2013) |
| 04/29/2013 | The Host 2013 720p HDRip x264 AC3-JYK |
| 04/29/2013 | The Last Stand (2013) |
| 04/16/2013 | A.Haunted.House.2013.720p.BluRay.DTS.x264-AXED [PublicHD] |
| 04/15/2013 | Promised Land (2012) [1080p] |
| 04/05/2013 | StartIsBack v2.0.2 FinaL ML [Pre-Activated] - SceneDL |
| 04/03/2013 | [ www.UsaBit.com ] - My Awkward Sexual Adventure 2012 720p BRRip x264-PLAYNOW.mp4 |
| 04/01/2013 | Silver.Linings.Playbook.2012.720p.BluRay.x264-iNFAMOUS [PublicHD] |
| 04/01/2013 | The.Walking.Dead.S03E16.720p.HDTV.x264-2HD.mkv |
| 03/25/2013 | The.Walking.Dead.S03E15.720p.HDTV.x264-IMMERSE.mkv |
| 03/21/2013 | Argo (2012) |
| 03/19/2013 | 101 Dalmatians II Patchs London Adventure (2003) [1080p] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 03/18/2013 | Toy Story 3 (2010) [1080p] |
| 03/18/2013 | mc-nudes-allison-greenfields-mov-xxx.mov |
| 03/18/2013 | Mama.(2013).DvDscr.XviD.(English) |
| 03/18/2013 | Bambi (1942) |
| 03/18/2013 | Aladdin (1992) |
| 03/18/2013 | Pinocchio (1940) |
| 03/18/2013 | Chicken Run (2000) |
| 03/18/2013 | The Little Mermaid (1989) |
| 03/18/2013 | Singham.[2010].720p.BRRip.Hindi{Stacee} |
| 03/18/2013 | Dumbo (1941) |
| 03/14/2013 | AI Roboform Enterprise v7.8.6.5 incl Crack [TorDigger] |
| 03/12/2013 | Lincoln.2012.720p.BluRay.x264-SPARKS [publicHD] |
| 03/12/2013 | The.Walking.Dead.S03E13.720p.HDTV.x264-EVOLVE.mkv |
| 03/06/2013 | Xilisoft.Video.Converter.Ultimate.v7.7.2.20130217.Incl.Keygen-BRD |
| 03/05/2013 | MICROSOFT VISUAL STUDIO ULTIMATE 2012 RTM VOLUME ENGLISH ISO-WZT [ThumperDC] |
| 03/05/2013 | Shameless.US.S03E05.HDTV.x264-2HD.mp4 |
| 03/04/2013 | The.Walking.Dead.S03E12.720p.HDTV.x264-EVOLVE.mkv |
| 03/01/2013 | The.Hobbit.An.Unexpected.Journey.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 03/01/2013 | Rise of the Guardians 2012 720p BluRay x264-SPARKS |
| 03/01/2013 | Argo.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 02/22/2013 | American.Horror.Story.S02E04.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E13.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E11.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E09.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E06.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E10.720p.HDTV.X264-DIMENSION.mkv |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 02/22/2013 | American.Horror.Story.S02E03.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E05.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E07.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E08.720p.HDTV.X264-DIMENSION.mkv |
| 02/22/2013 | American.Horror.Story.S02E12.720p.HDTV.X264-DIMENSION.mkv |
| 02/18/2013 | The.Walking.Dead.S03E10.720p.HDTV.x264-EVOLVE.mkv |
| 02/18/2013 | Gangster Squad 2013 R6 HDRiP XVID 1MPERiUM |
| 02/11/2013 | The.Walking.Dead.S03E09.720p.HDTV.x264-EVOLVE.mkv |
| 02/06/2013 | The.Master.2012.720p.BluRay.DTS.x264-AXED [PublicHD] |
| 02/06/2013 | The.Haunting.in.Connecticut.2.Ghosts.of.Georgia.2013.HDRip.XVID.AC3-AbSurdiTy |
| 01/29/2013 | Argo.2012.DVDSCR.XviD-WTF |
| 01/25/2013 | Promised.Land.2012.DVDSCR.XVID.AC3-AbsurdiTy |
| 01/25/2013 | Flight.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 01/25/2013 | End.Of.Watch.2012.720p.BRRip.x264.AC3-JYK |
| 01/23/2013 | The Day After Tomarrow (2004) [1080p] |
| 01/23/2013 | The Proposal (2009) [1080p] |
| 01/21/2013 | Life.of.Pi.2012.DVDSCR |
| 01/21/2013 | Planes Trains and Automobiles-720p MP4 AAC x264 BRRip 1987-CC |
| 01/21/2013 | Les.Miserables.2012.DVDSCR-EDAW2013 |
| 01/21/2013 | Cliffhanger (1993) |
| 01/11/2013 | SILVER LININGS DVDRIP EDAW2013 |
| 01/11/2013 | Seven.Psychopaths.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 01/10/2013 | Die Zeit 2007 10.pdf |
| 01/10/2013 | Hotel.Transylvania.2012.1080p.WEB-DL.H264-WEBiOS [PublicHD] |
| 01/10/2013 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |
| 01/10/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/10/2013 | Top.Guns.[720p].mkv |
| 01/10/2013 | x-art_ivy_spur_of_the_moment_720.wmv |
| 01/10/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/09/2013 | Exclusive Teen Porn - Amazing Teen Porn HD 720p |
| 01/09/2013 | The.Family.Man[Eng]Dvdrip.Dino.avi |
| 01/07/2013 | The.Paperboy.2012.720p.BluRay.DTS.x264-PublicHD |
| 01/07/2013 | Django Unchained 2012 DVDSCR X264 AAC-P2P |
| 01/07/2013 | The.Impossible.2012.DVDSCR.x264.AAC-FooKaS |
| 01/02/2013 | Killing.Them.Softly.2012.DVDRip.XviD.AC3-nLiBRA |
| 01/02/2013 | Skyfall.DVDSCR.x264-P2P |
| 12/28/2012 | Flight.2012.DVDSCR.x264.AAC-BiGKATS |
| 12/28/2012 | The.Man.With.The.Iron.Fists.2012.HDRip.XviD-RESiSTANCE |
| 12/28/2012 | This Is 40 2012 DVD Screener Xvid UnKnOwN |
| 12/27/2012 | Dredd.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 12/20/2012 | Looper.2012.720p.BluRay.DTS.x264-PublicHD |
| 12/20/2012 | The.Man.With.The.Iron.Fists.2012.HDRip.V2.XviD-RESiSTANCE |
| 12/20/2012 | Taken 2 2012 720p BluRay x264 - Exclusive |
| 12/10/2012 | The.Dark.Knight.Rises.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 12/10/2012 | The Santa Clause Trilogy 720p BRRip x264 aac vice |
| 12/10/2012 | The.Bourne.Legacy.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 12/10/2012 | Lawless.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 12/03/2012 | The.Walking.Dead.S03E08.720p.HDTV.x264-EVOLVE.mkv |
| 11/26/2012 | The.Walking.Dead.S03E07.720p.HDTV.x264-EVOLVE.mkv |
| 11/26/2012 | The.Walking.Dead.S03E06.720p.HDTV.x264-IMMERSE.mkv |
| 11/21/2012 | ParaNorman 2012 720p BluRay x264-SPARKS [PublicHD] |
| 11/12/2012 | The.Walking.Dead.S03E05.720p.HDTV.x264-EVOLVE.mkv |

EXHIBIT C

EPA173

| Hit Date UTC | Filename |
|---|---|
| 11/12/2012 | Ted.2012.UNRATED.720p.BluRay.x264-DAA [PublicHD] |
| 11/05/2012 | Brave.2012.720p.BluRay.x264-HDChina [PublicHD] |
| 11/05/2012 | The.Walking.Dead.S03E04.720p.HDTV.x264-IMMERSE.mkv |
| 11/05/2012 | The.Watch.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 11/05/2012 | Savages.2012.UNRATED.720p.BluRay.x264-SPARKS [PublicHD] |
| 10/24/2012 | American.Horror.Story.S02E01.720p.HDTV.X264-DIMENSION.mkv |
| 10/24/2012 | The.Day.2011.720p.BluRay.DTS.x264-PublicHD |
| 10/22/2012 | The.Amazing.Spider-Man.2012.720p.BluRay.x264-SceneHD.mkv |
| 10/22/2012 | PickupFuck - Wild nude fucking in public restroom - Elizabeth [720p].mp4 |
| 10/22/2012 | X-Art - Young Passion - Baby [720p].mp4 |
| 10/22/2012 | Czechav - Czechparties 7 - Big Tits Part 1 [720p].wmv |
| 10/22/2012 | PickupFuck - Redhead slut in public toilet fuck - Mayola [720p].mp4 |
| 10/22/2012 | Czechav - Czechparties 7 - Big Tits Part 2 [720p].wmv |
| 10/22/2012 | The.Campaign.2012.EXTENDED.720p.BluRay.x264-SPARKS [PublicHD] |
| 10/22/2012 | Homeland Season 1 Complete 720p |
| 10/22/2012 | prnfle629x.mov |
| 10/22/2012 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 10/22/2012 | YoungLegalPorn - A Hard Exam - Sarah [720p].mp4 |
| 10/22/2012 | Homeland.S02E03.PROPER.720p.HDTV.x264-EVOLVE.mkv |
| 10/22/2012 | Homeland.S02E01.720p.HDTV.x264-EVOLVE.mkv |
| 10/22/2012 | Homeland.S02E02.720p.HDTV.x264-EVOLVE.mkv |
| 10/22/2012 | The.Walking.Dead.S03E02.720p.HDTV.x264-IMMERSE.mkv |
| 10/22/2012 | Girls Do Porn - 20 Years Old HD 720p |
| 10/22/2012 | Homeland.S02E04.720p.HDTV.x264-EVOLVE [PublicHD] |
| 10/19/2012 | Married With Children - All Seasons (English Audio and Subtitles) |
| 10/18/2012 | James Bond 23 Movie Collection 1962-2008 720p x264 aac jbr |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 10/18/2012 | visual studio ultimate 2012 key.txt |
| 10/17/2012 | Killer.Joe.2011.720p.BluRay.x264-DESPiTE [PublicHD] |
| 10/17/2012 | Home Improvement |
| 10/17/2012 | The.Walking.Dead.S02.Season.2.720p.BluRay.x264-PublicHD |
| 10/17/2012 | The.Walking.Dead.S03E01.720p.HDTV.x264-EVOLVE.mkv |
| 10/15/2012 | The Simpsons |
| 10/15/2012 | Magic.Mike.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 10/12/2012 | Mad Men Season 1, 2, 3 and 4 DVD Boxset+ Extras  (Minisodes etc) DVDRip, HDTV |
| 10/12/2012 | The Expendables 2 2012 DVDRip XviD TARGET |
| 10/12/2012 | The Walking Dead - The Complete Season 2 [HDTV] |
| 10/12/2012 | The Sopranos - The Complete Series (Season 1, 2, 3, 4, 5 and 6) + Extras |
| 10/11/2012 | Prometheus 2012 HDTV XviD-SPARKS |
| 10/11/2012 | Merlin S04E13 The Sword in the Stone HDTV.XviD - ASAP |
| 10/11/2012 | The Walking Dead - The Complete Season 1 [HDTV] |
| 10/11/2012 | Full House Season 1-8 (Dvdrip Dark_Stalker) |
| 10/10/2012 | Apollo 13 (1995) |
| 10/10/2012 | Excision UNRATED (2012) |
| 10/10/2012 | Seeking.a.Friend.for.the.End.of.the.World.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 10/08/2012 | The.Expendables.2.2012.iNTERNAL.720p.BluRay.x264-AVSHD [PublicHD] |
| 10/05/2012 | Stolen.2012.720p.BluRay.DTS.x264-PublicHD |
| 10/04/2012 | Thats.My.Boy.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 10/04/2012 | Chernobyl.Diaries.2012.720p.BluRay.x264-ANGELIC [PublicHD] |
| 10/02/2012 | The Specialist (1994) |
| 10/02/2012 | Blood and Bone (2009) [1080p] |
| 10/02/2012 | Blood and Bone (2009) |
| 10/02/2012 | Stir of Echoes (1999) [1080p] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 10/02/2012 | Black Hawk Down (2001) [1080p] |
| 10/02/2012 | Gremlins 2 The New Batch (1990) [1080p] |
| 10/02/2012 | Lord of War (2005) [1080p] |
| 10/02/2012 | The Babymakers (2012) [1080p] |
| 10/02/2012 | Haywire (2012) DVDRip XviD-MAX |
| 10/02/2012 | Basic Instinct (1992) [1080p] |
| 10/02/2012 | Thats My Boy (2012) [1080p] |
| 10/02/2012 | Just Married (2003) [1080p] |
| 10/02/2012 | The Tunnel (2011) |
| 10/02/2012 | Up In The Air (2009) [1080p] |
| 10/02/2012 | How To Lose A Guy In 10 Days (2003) [1080p] |
| 10/02/2012 | Dave (1993) [1080p] |
| 09/26/2012 | The.Twilight.Saga.Breaking.Dawn.Part.1.2011.BluRay.720p.H264 |
| 09/26/2012 | The.Expatriate.2012.720p.BluRay.x264-MELiTE [PublicHD] |
| 09/25/2012 | Prometheus.2012.720p.WEB-DL.DD5.1.H.264-CtrlHD [PublicHD] |
| 09/25/2012 | Cosmopolis.2012.720p.BluRay.x264-AN0NYM0US [PublicHD] |
| 09/25/2012 | VHS (2012) |
| 09/25/2012 | Resident.Evil.Damnation.2012.BluRay.720p.DTS.x264-CHD [PublicHD] |
| 09/25/2012 | X-Art - Morning Memories - Cindy [720p].wmv |
| 09/24/2012 | College_Rules_-_Do__The_College_Project_HD_720p |
| 09/24/2012 | Lassie Come Bone [bestial porn].wmv |
| 09/24/2012 | MyPickUpGirls - Reality Porn With Sexy Redhead - Kveta [720p].mp4 |
| 09/24/2012 | X-Art - Threes Company - Caprice, Anneli [1080p].mp4 |
| 09/24/2012 | babes_BG_leony_april_720p_4000.mp4 |
| 09/24/2012 | [X-Art]  Wet Orgasm - Veronica [1080p] |
| 09/24/2012 | WowGirls - Hearts Of Three - Luiza, Paloma, Rea |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 09/24/2012 | Babes - Friends with Benefits - Stoya, Kayden Kross [1080p].mp4 |
| 09/24/2012 | X-Art - In Bed - Kristen [1080p].mov |
| 09/24/2012 | CollegeRules - The Sisterhood Is Calling [720p].mp4 |
| 09/24/2012 | Orgasms - Breakfast In Bed - Emilie [720p].mov |
| 09/24/2012 | 18OnlyGirls - No Rules Party - Angela, Lindsey [1080p].mp4 |
| 09/24/2012 | Collegerules - Everybody's Fucking [720p].mp4 |
| 09/24/2012 | WowGirls - Big Gets Bigger - Penelope aka Henessy [720p].mp4 |
| 09/24/2012 | 18OnlyGirls - My First Massage Experience - Ginta [1080p].mp4 |
| 09/21/2012 | X-Art - Unbelievably Beautiful - Silvie [1080p].mov |
| 09/21/2012 | Ransom (Mel Gibson) Xvid.avi |
| 09/21/2012 | HazeHer - Lesbians Fuck In The Shower [720p].mp4 |
| 09/20/2012 | X-Art - Underwater Lover - Silvie, Kaylee [1080p].mov |
| 09/20/2012 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 09/18/2012 | Red.Lights.2012.BluRay.720p.x264-HDChina [PublicHD] |
| 09/18/2012 | People.Like.Us.2012.720p.BluRay.x264-ALLiANCE [PublicHD] |
| 09/11/2012 | In Time (2011) |
| 09/11/2012 | Titanic.1997.720p.BluRay.X264-AMIABLE [PublicHD] |
| 09/10/2012 | SC1304(Reminiscing Gold - Vol. 4) |
| 09/10/2012 | Demolition Man (1993) |
| 09/10/2012 | Sanctum (2011) |
| 09/10/2012 | Footloose (2011) |
| 09/10/2012 | Men.in.Black.3.2012.720p.BluRay.x264.DTS-HDChina [PublicHD] |
| 09/10/2012 | Air Force One (1997) |
| 09/04/2012 | What.To.Expect.When.Youre.Expecting.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 09/04/2012 | Dark.Shadows.2012.720p.BluRay.x264.DTS-HDChina [PublicHD] |
| 09/04/2012 | Snow.White.and.the.Huntsman.2012.EXTENDED.720p.BluRay.X264-AMIABLE [PublicHD] |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 08/24/2012 | The.Cold.Light.Of.Day.2012.720p.BluRay.x264-HAiDEAF[EtHD] |
| 08/24/2012 | Safe.2012.720p.BluRay.x264-HAiDEAF [PublicHD] |
| 08/24/2012 | The.Five-Year.Engagement.2012.UNRATED.720p.BluRay.X264-AMIABLE [PublicHD] |
| 08/22/2012 | CollegeRules - Truth Or Dare [720p].mp4 |
| 08/22/2012 | Nubiles - Hardcore - Jewel [720p].wmv |
| 08/22/2012 | The.Avengers.2012.720p.BluRay.x264-NYDIC [PublicHD] |
| 08/22/2012 | Girls Gone Wild - Foreign Xchange Students [720p].mp4 |
| 08/22/2012 | AUTODESK.AUTOCAD.V2013.WIN64-ISO |
| 08/22/2012 | Waiting (2005) |
| 08/22/2012 | Adventureland (2009) |
| 08/22/2012 | The.Avengers.2012.1080p.BluRay.DTS.x264-PublicHD |
| 08/22/2012 | Lesbian.Bridal.Stories.5.XXX.2012.HDTV.1080p.x264-squirtTV |
| 08/22/2012 | Antichrist (2009) |
| 08/22/2012 | The Dark Knight XxX A Porn Parody (2012) [DvdRip] [720p].mp4 |
| 08/22/2012 | The Texas Chainsaw Massacre (2003) |
| 08/22/2012 | Death At A Funeral (2007) |
| 08/22/2012 | The.Avengers.2012.720p.BluRay.x264.DTS-HDChina [PublicHD] |
| 08/21/2012 | X-Art - This Side of Paradise - Ivy [1080p].mov |
| 08/21/2012 | WowGirls - The Fifth Element - Gloria [1080p].mp4 |
| 08/21/2012 | Starship.Troopers.Invasion.2012.720p.BluRay.x264-CHD [PublicHD] |
| 08/21/2012 | jztns-creamy-jizz-for-two-curious-teens-hd1280.wmv |
| 08/20/2012 | The.Cabin.In.The.Woods.2011.REPACK.720p.BluRay.x264-HDEX [PublicHD] |
| 08/20/2012 | Max.Payne.3-RELOADED |
| 08/17/2012 | VMware.Workstation.v8.0.4.Incl.Keymaker-ZWT |
| 08/17/2012 | VMware.Workstation.v8.0.1.528992.Incl.Keymaker-ZWT |
| 08/17/2012 | The.Cabin.in.the.Woods.2012.KORSUB.720p.HDRip.x264.AC3-JYK |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 08/17/2012 | Pretty Little Liars S02E18 PROPER HDTV XviD-ASAP [eztv] |
| 08/17/2012 | Acronis.True.Image.Home.2012.build.5545.Final.Incl.Key |
| 08/14/2012 | The Lucky One 2012 720p BluRay X264-AMIABLE[EtHD] |
| 08/13/2012 | The.Millionaire.Tour.2012.720p.HDTV.XviD.AC3-ELiTE |
| 08/13/2012 | The Day The Earth Stood Still 2008 BluRay 720p DTS x264-3Li |
| 08/08/2012 | Iron Man 2 (2010) [1080p] |
| 08/07/2012 | The.Hunger.Games.2012.RERIP.720p.BluRay.X264-BLOW [PublicHD] |
| 08/06/2012 | The.Dictator.2012.UNRATED.720p.BluRay.X264-AMIABLE [PublicHD] |
| 08/06/2012 | Bernie.2011.LIMITED.720p.BluRay.x264-REFiNED [PublicHD] |
| 08/06/2012 | The.Hunger.Games.2012.720p.BluRay.X264-BLOW [PublicHD] |
| 08/06/2012 | Battleship.2012.PROPER.720p.BluRay.x264-SPARKS [PublicHD] |
| 07/23/2012 | Soldiers.of.Fortune.2012.720p.BluRay.x264-WOMBAT [PublicHD] |
| 07/23/2012 | The.Raven.2012.720p.BluRay.x264-iNFAMOUS[EtHD] |

EXHIBIT C

## **EXCULPATORY EVIDENCE REQUEST FORM**

Your IP address has been identified as being used to download and distribute Plaintiff's copyrighted works through the BitTorrent file distribution network. If you maintain that you are not the person who downloaded and distributed Plaintiff's copyrighted works, Plaintiff respectfully request that you:[1]

1.       State the name and address of the person who was responsible for the infringement as outlined in this lawsuit.

_____

_____

2.       Explain in detail the facts upon which you base your assertion that the person identified above downloaded and distributed Plaintiff's copyrighted works.

_____

_____

_____

3.       Explain in detail all of the facts which you believe support your assertion that you are not the person who downloaded and distributed Plaintiff's copyrighted works.

_____

_____

_____

4.       State whether you have ever received a notice from your ISP informing you that your Internet service was being used to commit copyright infringement.     If your answer is anything other than an unqualified no, please explain in detail the circumstances of each such notice.  Note: You may wish to call your internet service provider to confirm your response to this question.

_____

_____

_____

---

[1] You may use additional paper if necessary.

EXHIBIT D

EPA173